# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| TAMMY S. WELCH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No.  1:11-cv-384-GZS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 20) filed July 11, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the Commissioner is **AFFIRMED**.

 /s/ George Z. Singal
 United States District Judge

Dated this 31st day of July, 2012.